# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**

V.    NO. 4:18-cr-00317 DPM-3

**DANNY KEITH JEFFREY**

## RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following partial Recommendation has been sent to Chief United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Defendant Danny Keith Jeffrey ("Jeffrey") pleaded guilty on October 8, 2019 to conspiracy to possess with intent to distribute and to distribute methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. See Doc. Nos. 109, 110. He was sentenced on March 3, 2020 to time served, concurrent with any sentence imposed for pending charges in state court, followed by 24 months of

supervised release. Doc. Nos. 154, 156. Jeffrey's supervision commenced on March 3, 2020.

On July 8, 2020, the United States filed a petition requesting a warrant and seeking to revoke Jeffrey's supervised release. Doc. No. 167. In the petition, the United States alleged the following violations:

1. Jeffrey failed to make payments toward a $100 special penalty assessment.

2. Jeffrey failed to submit monthly supervision reports for April, May, and June of 2020.

3. On May 6, 2020 Jeffrey admitted that he used methamphetamine on May 4, 2020, and signed an admission form. Additionally, on May 6, 2020, Jeffrey intentionally and knowingly attempted to provide a false urine specimen, and possessed a deceptive urine dispensing device called an infant nose bulb. The device contained a yellow liquid appearing to be urine, and Jeffrey admitted that he planned to submit the liquid as his own urine to avoid detection of drug use.

4. On July 7, 2020, a Wynne, Arkansas police officer found a pink glass pipe, a zip lock bag containing a white crystalline substance, and two additional baggies containing a white crystalline substance in Jeffrey's pocket. Jeffrey was arrested for possession of drug paraphernalia and possession of methamphetamine or cocaine with purpose to deliver, greater than 2 grams but less than 10 grams, as documented in Wynne Police Department incident report no. 20-01098.

5. The violations alleged are the same as alleged in violation 4 above.

At an October 2, 2020 initial appearance hearing on the petition to revoke, Jeffrey was released pending a final revocation hearing to intensive outpatient drug treatment and to 30 days of inpatient drug rehabilitation treatment when a bed became available. Doc. Nos. 188, 189. On December 15, 2020, the United States filed a superseding petition to revoke. Doc. No. 199. In it, the government reasserted the violations alleged in the original petition to revoke, and added two claimed violations. To violation 3, the petition added a claim that on December 6, 2020, Jeffrey was unsuccessfully discharged from chemical free living for failing to return to the facility during required times. To violations 4 and 5, the petition added a claim that on August 17, 2020, Jeffrey pleaded guilty to possession with purpose to deliver methamphetamine/cocaine greater than 2 grams and less than 10 grams, and received 60 months state probation. *Id.*

Jeffrey appeared for his revocation hearing on February 4, 2021 before Chief Judge Marshall. He tested presumptively positive for amphetamine and methamphetamine, and admitted recent use of cocaine and methamphetamine. Doc. No. 212. Jeffrey was remanded into the Marshal's custody, and Chief Judge Marshall referred this matter to this Court "for a recommendation on the contested motion to revoke Jeffrey's supervised release ... and for a determination about release pending ... final revocation hearing." *Id.*

A hearing was held before this Court on March 3, 2021. On the issue of release pending the final revocation hearing, the parties submitted an agreed-upon release plan in which Jeffrey would be placed in the third party custody of his mother, would undergo intensive outpatient drug treatment, and would continue to be drug tested. The parties also requested that Jeffrey be placed on electronic monitoring with home detention. The Court found that the submitted plan was appropriate and entered an order setting those conditions of release pending the final revocation hearing. See Doc. No. 218.

The March 3, 2021 hearing also addressed Jeffrey's position regarding the violations alleged in the superseding petition to revoke supervised release. Through counsel, Jeffrey admitted all allegations in the superseding petition. Because Jeffrey admitted those allegations, no other proof on the part of the government is necessary for a finding that he violated the conditions of his release. The Court therefore recommends that Chief Judge Marshall find that Jeffrey committed the violations as alleged in the government's superseding petition.

IT IS SO RECOMMENDED this 9th day of March, 2021.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE