IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:18-cr-317-DPM-3

DANNY KEITH JEFFREY     DEFENDANT

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 219*. FED. R. CRIM. P. 59(b). The Court accepts Jeffrey's admission to each of the superseding petition's allegations and will decide the just and fair sentence at the 5 May 2021 hearing.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 March 2021